**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,**<br>**Petitioners,**<br>**-against-**<br>**AHMED MEDICAL CARE P.C., ALL KIND PHYSICAL THERAPY P.C., A.R.A MEDICAL CARE, PC, M.H.Z. PHYSICAL THERAPY P.C., PERFORMANCE PLUS MEDICAL P.C., SHAIKH JAUHAR AHMED, M.D., SUHEL HUSSAIN AHMED, M.D. AND MOHAMED HAMED ANTER ZIDAN, P.T.,**<br>**Respondents.** | **20-MC-345**<br>**CASE PENDING IN EASTERN DISTRICT OF NEW YORK:**<br>**18-CV-05650 (FB) (RER)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law and (ii) Declaration of Lee Pinzow and the exhibits thereto, Petitioners Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company ("Petitioners" or "Allstate"), will move this Court at the United States District Court, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order, (1) pursuant to Fed. R. Civ. P 45(f), transferring this motion to the Honorable Ramon E. Reyes, Jr., Magistrate Judge in the Eastern District of New York, for disposition before the Court where the matter of *Allstate Ins. Co. et al. v. Svetlana Khotenok, et al.*, No. 18-CV-05650 (FB) (RER) (the "Action") is pending; or (2) pursuant to Fed. R. Civ. P. 26, 34, 37, and 45, and Local Civil Rule 37.1 compelling Respondents Ahmed Medical Care P.C., All Kind Physical Therapy P.C., A.R.A Medical Care, PC, M.H.Z. Physical Therapy P.C., Performance Plus Medical P.C., Shaikh Jauhar Ahmed, M.D., Suhel Hussain Ahmed, M.D., and Mohamed Hamed Anter Zidan, P.T., to comply with the

subpoenas *duces tecum* issued by Allstate with respect to the Action by producing responsive documents, without objection, by a date certain to be set by the Court; and (3) for such other and further relief as the Court deems just and proper.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Lee Pinzow dated October 15, 2020, with the exhibits thereto, the record in the Action, the facts of which the Court may take judicial notice, and any other papers submitted in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b) of this Court, Respondent's opposition papers, if any, shall be served within fourteen days after service of the instant moving papers, and Petitioners' reply papers, if any, shall be served within seven days after service of Respondent's opposition papers.

Dated: New York, New York
October 15, 2020

Respectfully submitted,

**MORRISON MAHONEY LLP**

By: /s/ Lee Pinzow
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
88 Pine Street, Suite 1900
New York, New York 10005
Phone: 212-825-1212
Fax: 212-825-1313